ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 6 2
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

JS-6
ENTERED

FILED
CLERK, U.S DISTRICT COURT
OCT - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELFREY JOHNSON, | Case No. EDCV 07-1689 RNB |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: October 6, 2008

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE